# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00553-CV

### In re Creedmoor-Maha Water Supply Corporation

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

In light of this Court's March 3, 2010 judgment in Cause No. 03-09-00460-CV, *Creedmoor-Maha Water Supply Corporation v. Texas Commission on Environmental Quality and Jona Acquisition, Inc.*, we dismiss as moot Creedmoor's petition in this cause for injunctive relief pending our disposition of that appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed:   April 1, 2010